IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Mare, Peter J

Printed: 10/29/08

Case Number: 06 B 16995
Judge: Goldgar, A. Benjamin
Filed: 12/21/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: September 2, 2008
Confirmed: February 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 31,175.70 |  |
| Secured: |  | 10,793.87 |
| Unsecured: |  | 11,367.45 |
| Priority: |  | 2,933.44 |
| Administrative: |  | 2,675.00 |
| Trustee Fee: |  | 1,673.84 |
| Other Funds: |  | 1,732.10 |
| Totals: | 31,175.70 | 31,175.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,675.00 | 2,675.00 |
| 2. | CarMax Auto Finance | Secured | 10,793.87 | 10,793.87 |
| 3. | Internal Revenue Service | Priority | 2,933.44 | 2,933.44 |
| 4. | CarMax Auto Finance | Unsecured | 1,900.14 | 584.06 |
| 5. | Premier Bankcard | Unsecured | 464.14 | 142.66 |
| 6. | Portfolio Recovery Associates | Unsecured | 4,306.11 | 1,323.55 |
| 7. | Internal Revenue Service | Unsecured | 912.14 | 280.35 |
| 8. | ECast Settlement Corp | Unsecured | 12,127.61 | 3,727.62 |
| 9. | ECast Settlement Corp | Unsecured | 17,273.33 | 5,309.21 |
| 10. | Capital One | Unsecured | 520.15 | 0.00 |
| 11. | Jefferson Capital | Unsecured | 2,114.86 | 0.00 |
| 12. | Jefferson Capital | Unsecured | 3,379.56 | 0.00 |
| 13. | Harris Bank | Secured |  | No Claim Filed |
| 14. | CitiFinancial | Unsecured |  | No Claim Filed |
|  |  |  | $ 59,400.35 | $ 27,769.76 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,178.44 |
| 6.5% | 495.40 |
|  | $ 1,673.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Mare, Peter J | Case Number:   06 B 16995 |
| | Judge:   Goldgar, A. Benjamin |
| Printed: 10/29/08 | Filed:   12/21/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

